**Anthony DYE, Plaintiff—Appellant,**

v.

**Jon OZMINT, Director, South Carolina Department of Corrections, Defendant—Appellee.**

No. 05–6782.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 14, 2005.

Decided Oct. 7, 2005.

Anthony Dye, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Dye appeals the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dye v. Ozmint, No. CA–04–22031–DCN (D.S.C. Apr. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*